# EXHIBIT 5

| Responsible Party | Due Date | Invoice # | Assignment ID | Charge Description | Amount Invoiced | Amount Due | Notes |
|---|---|---|---|---|---|---|---|
| MAXIM CRUDE OIL, LLC | 11/1/23 | 1155370 | MCOL01002 | MAINT. REBILL: CASH BASIS | 69,104.41 | 69,104.41 | |
| MAXIM CRUDE OIL, LLC | 12/1/23 | 1158569 | MCOL01002 | MAINT. REBILL: CASH BASIS | 168,064.96 | 168,064.96 | |
| MAXIM CRUDE OIL, LLC | 1/1/24 | 1161797 | MCOL01002 | MAINT. REBILL: CASH BASIS | 63,794.46 | 63,794.46 | |
| MAXIM CRUDE OIL, LLC | 2/1/24 | 1165047 | MCOL01002 | MAINT. REBILL: CASH BASIS | 1,369.80 | 1,349.61 | *$20.19 applied from wire 05 09 2024 |
| MAXIM CRUDE OIL, LLC | 4/1/24 | 1171368 | MCOL01002 | MAINT. REBILL: CASH BASIS | 36,467.28 | 36,467.28 | |
| MAXIM CRUDE OIL, LLC | 9/1/24 | 1185852 | MCOL01002 | RENTAL CREDITS: ABATEMENT | (4,070.94) | (4,070.94) | |
| MAXIM CRUDE OIL, LLC | 10/1/24 | 1189151 | MCOL01002 | RENTAL CREDITS: ABATEMENT | (3,250.00) | (3,250.00) | |
| MAXIM CRUDE OIL, LLC | 10/1/24 | 1190027 | MCOL01001 | POST TERM RENT | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 11/1/24 | 1192449 | MCOL01002 | RENTAL | 74,313.67 | 48,993.33 | *Security Deposit Applied $25,320.34 |
| MAXIM CRUDE OIL, LLC | 11/1/24 | 1193341 | MCOL01001 | POST TERM RENT | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 12/1/24 | 1195736 | MCOL01002 | RENTAL | 74,100.00 | 74,100.00 | |
| MAXIM CRUDE OIL, LLC | 12/1/24 | 1196884 | MCOL01001 | POST TERM RENT | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 12/1/24 | 1196885 | MCOL01001 | RENTAL | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 1/1/25 | 1199112 | MCOL01002 | RENTAL | 78,000.00 | 78,000.00 | |
| MAXIM CRUDE OIL, LLC | 1/1/25 | 1200256 | MCOL01001 | RENTAL | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 2/1/25 | 1200808 | MCOL01002 | MAINT. REBILL: CASH BASIS | 290,683.96 | 290,683.96 | |
| MAXIM CRUDE OIL, LLC | 2/1/25 | 1203224 | MCOL01002 | RENTAL | 70,200.00 | 70,200.00 | |
| MAXIM CRUDE OIL, LLC | 2/1/25 | 1204420 | MCOL01001 | RENTAL | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 3/1/25 | 1207753 | MCOL01001 | RENTAL | 37,950.00 | 37,950.00 | |
| MAXIM CRUDE OIL, LLC | 3/1/25 | 1206600 | MCOL01002 | RENTAL & REVERSING ABATEMENT | 82,416.25 | 82,416.25 | |
| **PAST DUE BALANCE** | | | | | | $ 1,241,503.32 | |