403751
Law Firm Ref#: First-Citizens Bank

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

FIRST-CITIZENS BANK & TRUST COMPANY,

    Plaintiff(s)

vs.

MAXIM CRUDE OIL LLC,

    Defendant(s)

Case No.: 1:25-cv-01858

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __April McDaniel__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Rule 7.1 Statement; Civil Cover Sheet; Notice of Appearance; Complaint to Maxim Crude Oil LLC c/o Zachary G. Jensen, located at 1701 Ennis Joslin Road, Corpus Christi, TX 78412** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Maxim Crude Oil LLC c/o Zachary G. Jensen personally on the ____ day of _____, 20____ at _____M.

☐ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: _____, Title: _____, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the ____ day of _____, 20____ at _____M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Maxim Crude Oil LLC c/o Zachary G. Jensen's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☒ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

3/18/25 @ 10:31AM    No response. Left delivery notice
3/20/25 @ 6p:    No response. Notice was removed, left another notice
3/24/25 @ 8:17a:   Spoke to white male early 20's stated he has lived here for a year and does not know Zachary

A description of person with whom the documents were left is as follows:

Sex: _____    Race: _____    Approx. Age: _____    Height: _____    Weight: _____    Hair: _____

    Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this __26__ day of __March__, 20__25__.

_____
Notary Public

_____
(Server Signature)

__April McDaniel__
(Print Name)

J. SHEEHAN
Notary Public, State of Texas
Comm. Expires 09-15-2026
Notary ID 128387994

SAAFF/403751