

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 287337878377

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | D.Montera | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | ODESSA, TX, |
| | | **Delivery date:** | Apr 9, 2025 10:45 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 287337878377 | **Ship Date:** | Apr 8, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

| Recipient: | Shipper: |
|---|---|
| ODESSA, TX, US, | Chicago, IL, US, |

| Reference | 014226.10003.06637 |
|---|---|

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx