

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 287187634978

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; No Signature Required | | ODESSA, TX, |
| | | **Delivery date:** | Apr 4, 2025 12:17 |

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 287187634978 | **Ship Date:** | Apr 3, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| ODESSA, TX, US, | Chicago, IL, US, |

| **Reference** | 014226.10003.06637 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx