

May 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 288503282745

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; No Signature Required | | ODESSA, TX, |
| | | **Delivery date:** | May 12, 2025 10:48 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 288503282745 | **Ship Date:** | May 9, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| ODESSA, TX, US, | Chicago, IL, US, |

| | |
|---|---|
| **Reference** | 014226.10003.06637 |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx