IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAXIM CRUDE OIL, L.L.C. ) <br> ) <br> ) <br> Defendant. ) | Case No. 1:25-cv-01858-GHW <br><br> Honorable Gregory H. Woods |

## [PROPOSED] CLERK'S CERTIFICATE OF DEFAULT

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 5, 2025, with the filing of a summons and complaint, a copy of the summons and complaint was attempted to be served on Defendant Defendant Maxim Crude Oil, L.L.C. by personal service to its registered agent, e-mail to its manager, and physical mail to its manager and its member, with such service by physical mail effectuated at one of Defendant's known addresses on April 9, 2025. I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York

_____, 2025                                       Tammi M. Hellwig
                                                          Clerk of Court

                                                          By: _____
                                                                **Deputy Clerk**