```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                            :
FIRST-CITIZENS BANK & TRUST COMPANY,  :
                                            :
                         Plaintiff,      :            1:25-cv-1858-GHW
                                            :
                   -v-              :              ORDER
                                            :
MAXIM CRUDE OIL, L.L.C.,              :
                                            :
                    Defendant.  :
-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      On July 22, 2025, Plaintiff filed a letter asserting that Plaintiff is still in the process of effecting service on Defendant, and therefore Plaintiff requests that the Court grant Plaintiff leave to resubmit its application for an order to show cause why default judgment should not be entered in this action. Dkt. No. 23. Plaintiff's application is granted. The certificate of default entered on May 19, 2025, Dkt. No. 15, is vacated. The order to show cause issued on July 8, 2025, Dkt. No. 22, is vacated. The hearing scheduled for September 19, 2025 is adjourned *sine die*. The deadlines for Defendant to respond to the Court's order to show cause are adjourned *sine die*. Plaintiff may refile, at the proper time, its application for a certificate of default and its application for an order to show cause why default judgment should not be entered. Plaintiff is directed to serve a copy of this order on Defendant. The Clerk of Court is directed to vacate the entry of default at Dkt. No. 15.

      SO ORDERED.

Dated: July 23, 2025
       New York, New York
                                                          _____
                                                              GREGORY H. WOODS
                                                           United States District Judge