# Exhibit 2

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

quadient
FIRST-CLASS MAIL
AUTO IMI
$000.64
US POSTAGE

Alexander Talel
Ice Miller LLP
1500 Broadway 29th Floor
New York, NY 10036

JIZZAAB 10036

# The State of Texas

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-1662
serviceofprocess@sos.texas.gov
Dial 7-1-1 For Relay Services
www.sos.texas.gov

Secretary of State

October 23, 2025

**2026-383702**

**Include reference number in all correspondence**

Alexander Talel
Ice Miller LLP
1500 Broadway 29th Floor
New York, NY 10036

RE: First-Citizens Bank & Trust Company VS Maxim Crude Oil LLC
United States District Court Southern District of New York
Cause No. 25CV1858

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662

# The State of Texas
## Secretary of State

2026-383702-3

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Action and Complaint and Court 05/05/2025, Court Order 06/20/2025, Order to Show Cause for Default Judgment 06/07/2025 Court Ordered 07/08/2025 Plaintiff's Supplemental Briefing Court Ordered 07/23/2025 in the cause styled:

First-Citizens Bank & Trust Company VS Maxim Crude Oil LLC
United States District Court Southern District of New York
Cause No: 25CV1858

was received by this office on September 12, 2025, and that a copy was forwarded on September 15, 2025, by CERTIFIED MAIL, return receipt requested to:

Maxim Crude Oil LLC
c/o James L Jensen
1058 FM 3024
George West, TX 78022

The PROCESS was returned to this office on October 21, 2025, Bearing the Notation, Return to Sender, Unclaimed, Unable to Forward.

Date issued: October 23, 2025

Jane Nelson
Secretary of State
GF/mo