USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                    :

FIRST-CITIZENS BANK & TRUST COMPANY, :

                                Plaintiff,     :            1:25-cv-1858-GHW

                                                   :
                            -v-                      :             <u>ORDER</u>

MAXIM CRUDE OIL, L.L.C.,                 :

                                Defendant.    :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On November 3, 2025, the Court issued an order to show cause why Plaintiff's claims against Defendant should not be dismissed for failure to serve process. Dkt. No. 25. On November 10, 2025, Plaintiff responded and indicated that it is awaiting certificates of service from the Texas Secretary of State. Dkt. No. 28. Accordingly, the Court extends Plaintiff's deadline to file the remaining certificates to December 10, 2025.

        SO ORDERED.

Dated: November 10, 2025
           New York, New York

                                                  _____
                                                         GREGORY H. WOODS
                                                    United States District Judge