IceMiller

1500 Broadway | Suite 2900 | New York, NY 10036

March 27, 2026

WRITER'S DIRECT NUMBER: 212-824-4975
EMAIL: Alex.Talel@icemiller.com

**Via ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312
WoodsNYSDChambers@nysd.uscourts.gov

***RE:*** ***First-Citizens Bank & Trust Co. v. Maxim Crude Oil, LLC*****, Case No. 1:25-cv-01858-GHW—Proof of Service on Defendant Maxim Crude Oil, LLC**

Dear Judge Woods:

I am writing this letter to accompany Plaintiff's filing of proofs of service on Defendant Maxim Crude Oil, LLC (Dkt. Nos. 43 & 44). The proofs of service consist of records confirming delivery to the Texas Secretary of State's ("TX SOS") office. I write to confirm that proof of delivery to the TX SOS constitutes effective service of process on the Defendant.

Under Texas law, when serving a defendant through the Secretary of State, service is considered effective on the date the Secretary of State receives the documents, not when the defendant receives the documents or when the documents are forwarded to the defendant. *See Bonewitz v. Bonewitz,* 726 S.W.2d 227, 230 (Tex. Ct. App. 1987) ("It does not follow from the Secretary of State's duty to forward process under *Whitney* that the time period within which the defendant must answer does not begin to run until the secretary has performed that duty. … Consequently, we hold that service of process on the Secretary of State constitutes constructive service on the nonresident defendant, thereby triggering the nonresident defendant's answer date."); *Huffman Asset Mgmt., LLC v. Colter*, 719 S.W.3d 308, 318 (Tex. Ct. App. 2023) ("Service of process on the Secretary of State is accomplished by delivering duplicate copies of the process and any required fee to the Secretary of State. When substituted service on the Secretary of State is allowed, the secretary is not an agent for *serving* but for *receiving* process on the defendant's behalf. … As an agent for receiving process on an entity's behalf, the Secretary of State's receipt of the process gives the entity constructive notice of the lawsuit and constitutes proper service.") (internal citations omitted) (emphasis in original).

Previously, Plaintiff has filed certificates proving that the Plaintiff served process upon the TX SOS and the TX SOS then forwarded process to the defendant ("Whitney Certificates"), but proof of delivery upon the TX SOS would have been sufficient. *Bonewitz,* 726 S.W.2d at 230; *Huffman Asset Mgmt., LLC*, 719 S.W.3d at 318.

Plaintiff is awaiting receipt of Whitney Certificates for Dkt. Nos. 33-42, but the TX SOS has represented that it is experiencing a "heavy backlog." As of March 16, 2026, the TX SOS had not forwarded any documents received after January 23, 2026. Plaintiff's counsel's latest email

exchange with the TX SOS is attached hereto as **Exhibit A**. Plaintiff submits this letter to confirm that the filed proofs of service are sufficient under Texas law to establish effective service on Defendant. However, if the Court deems it necessary, Plaintiff will file the Whitney Certificates as soon as Plaintiff receives them.

Very truly yours,

ICE MILLER LLP

/s/ Alex Talel

Alex Talel

# EXHIBIT A

**Casey, RJ**

**From:** Service Of Process <ServiceOfProcess@sos.texas.gov>
**Sent:** Monday, March 16, 2026 12:54 PM
**To:** Casey, RJ
**Subject:** RE: View your certified proof of delivery signature

Good afternoon,
We are currently experiencing a heavy backlog. We are working on services received on January 23. Anything received after that date has not been entered or forwarded

I hope you find this information helpful. Please feel free to reach out if you need additional assistance.

Thank you,

Michelle Robinson
Service of Process
Office of the Texas Secretary of State
512-463-1662

Click here for more information on Service of Process!

**If you need help determining what method of service is proper, the address to which the Secretary of State should deliver the documents being served, or answers to other legal questions, you should contact a private attorney..*

**From:** Casey, RJ <RJ.Casey@icemiller.com>
**Sent:** Monday, March 16, 2026 11:40 AM
**To:** Service Of Process <ServiceOfProcess@sos.texas.gov>
**Subject:** FW: View your certified proof of delivery signature

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.
Report Suspicious

Hello,

I am reaching out to see if certificates of service have been sent out for documents received by your office and forwarded to various addresses of Maxim Crude Oil LLC. Happy to answer any questions if more information is needed.

Thank you,

**RJ Casey** | Associate
P 317-221-2896 F 312-726-7102
200 W. Madison Street Suite 3500 Chicago, IL 60606
RJ.Casey@icemiller.com | icemiller.com

**From:** no-reply@pb.com <no-reply@pb.com>
**Sent:** Friday, February 27, 2026 2:09 AM
**To:** Casey, RJ <RJ.Casey@icemiller.com>
**Subject:** View your certified proof of delivery signature

PitneyShip™ Portfolio

# Your Proof of Delivery is ready.

Your item's proof of delivery signature for tracking number 9414809898643078735108 is ready. All you need to do is sign into your PitneyShip™ Portfolio account to view your sending history report.

View Delivery Signature Now

## Shipment details

| | |
|---|---|
| Tracking number: | 9414809898643078735108 |
| Delivered on: | February 24, 2026 |
| Memo: | 014226.10003 |
| Delivery address | SERVICE OF PROCESS<br>SECRETARY OF STATE<br>PO BOX 12079<br>AUSTIN, TX 78711-2079<br>US |

This email is an auto-generated message from an unmonitored email account.

This message was distributed by Pitney Bowes Inc., World Headquarters, 3001 Summer St., Stamford CT 06926. Pitney Bowes, the Corporate Logo and Product Name� are trademarks of Pitney Bowes Inc. or a subsidiary. All other marks are the intellectual property of their respective owners. Use of your email address is governed by the Pitney Bowes Privacy Policy.

�2026 Pitney Bowes Inc. All rights reserved.

****************************************************************************************************
**********************************************************

CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If

you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
*************************************************************************************************
*******************************************************