# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Feedback

Remove ✕

**Tracking Number:**

## 9414809898643578050787

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item has been delivered and is available at a PO Box at 6:05 am on February 18, 2026 in AUSTIN, TX 78711.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, PO Box**

AUSTIN, TX 78711
February 18, 2026, 6:05 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

UNITED STATES POSTAL SERVICE

Date Produced: 02/19/2026

Pitney Bowes:

The following is the delivery information for Certified Mail™/RRE item number 9414 8098 9864 3578 0507 87. Our records indicate that this item was delivered on 02/18/2026 at 06:05 a.m. in AUSTIN, TX 78711. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 014226.10003