```
                                                      ┌─────────────────────────────────┐
                                                      │ USDC SDNY                       │
                                                      │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                          │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                         │ DOC #: _____         │
------------------------------------------------- X   │ DATE FILED:  5/20/2026          │
                                              :       └─────────────────────────────────┘
FIRST-CITIZENS BANK & TRUST COMPANY, :
                                              :
                          Plaintiff,          :              1:25-cv-1858-GHW
                                              :
            -v-                               :                  ORDER
                                              :
MAXIM CRUDE OIL, L.L.C.,                       :
                                              :
                          Defendant.          :
                                              :
------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on May 20, 2026, Plaintiff's motion for a

partial default judgment is denied without prejudice.  Plaintiff is directed to serve a copy of this

Order on Defendant.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: May 20, 2026
       New York, New York

                                          _____
                                               GREGORY H. WOODS
                                             United States District Judge