**IN THE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM CRUDE OIL, L.L.C.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-01858-GHW<br><br>Honorable Gregory H. Woods |

**[PROPOSED] DEFAULT JUDGMENT**

This action having been commenced on March 5, 2025, by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been personally served on five of Defendant Maxim Crude Oil, L.L.C's ("Defendant") known addresses on September 12, 2025, through the Texas Secretary of State's office pursuant to Texas law, proof of service having been filed on November 10, 2025 (Dkt. No. 26 and 27), and December 10, 2025 (Dkt. No. 30 and 31), the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby ORDERED, ADJUDGED AND DECREED:

Plaintiff shall have judgment against defendant in the liquidated amount of $5,493,183.86, plus late payment interest at a rate of 1.5% **per month** that has accrued on the following amounts since the respective dates listed hereafter:

| **Due Date** | **Amount Due ($)** |
|---|---|
| **11/1/23** | **69,104.41** |
| **12/1/23** | **168,064.96** |
| **1/1/24** | **63,794.46** |
| **2/1/24** | **1,349.61** |

| | |
|---|---|
| 4/1/24 | 36,467.28 |
| 10/1/24 | 37,950.00 |
| 11/1/24 | 48,993.33 |
| 11/1/24 | 37,950.00 |
| 12/1/24 | 74,100.00 |
| 12/1/24 | 37,950.00 |
| 12/1/24 | 37,950.00 |
| 1/1/25 | 78,000.00 |
| 1/1/25 | 37,950.00 |
| 2/1/25 | 290,683.96 |
| 2/1/25 | 70,200.00 |
| 2/1/25 | 37,950.00 |
| 3/1/25 | 37,950.00 |
| 3/1/25 | 82,416.25 |
| 4/1/25 | 22,785.35 |
| 4/1/25 | 77,350.00 |
| 4/1/25 | 37,950.00 |
| 5/1/25 | 77,350.00 |
| 5/1/25 | 37,950.00 |
| 6/1/25 | 79,098.72 |
| 6/1/25 | 37,950.00 |
| 6/1/25 | 13,608.94 |
| 6/1/25 | 2,638.00 |
| 6/1/25 | 3,052.00 |
| 6/1/25 | 3,084.00 |
| 6/1/25 | 3,078.00 |
| 6/1/25 | 4,863.80 |
| 6/1/25 | 2,852.00 |
| 6/1/25 | 4,947.20 |
| 6/1/25 | 2,673.00 |
| 6/1/25 | 2,673.00 |
| 6/1/25 | 2,673.00 |
| 6/1/25 | 2,673.00 |

| | |
|---|---|
| 6/1/25 | 2,673.00 |
| 6/1/25 | 2,673.00 |
| 6/1/25 | 2,673.00 |
| 6/1/25 | 2,673.00 |
| 6/1/25 | 4,947.20 |
| 6/1/25 | 4,947.20 |
| 6/1/25 | 2,638.00 |
| 6/1/25 | 2,638.00 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 3,670.80 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 1,910.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 6,623.69 |
| 6/1/25 | 1,910.69 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |

| | |
|---|---|
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,155.35 |
| 6/1/25 | 2,138.65 |
| 6/1/25 | 2,138.65 |
| 7/1/25 | 50,050.00 |
| 7/1/25 | 16,784.10 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |

| | |
|---|---|
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 3,670.80 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 8,707.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |

| | |
|---|---|
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,638.00 |
| 7/1/25 | 2,636.00 |
| 7/1/25 | 3,415.90 |
| 7/1/25 | 3,415.90 |
| 7/1/25 | 3,415.90 |
| 7/1/25 | 3,415.90 |
| 7/1/25 | 6,342.70 |
| 7/1/25 | 8,709.00 |
| 7/1/25 | 8,709.00 |
| 8/1/25 | 121,332.85 |
| 8/1/25 | 217,116.43 |
| 8/1/25 | 2,138.65 |
| 8/1/25 | 3,052.00 |
| 8/1/25 | 3,052.00 |
| 8/1/25 | 3,052.00 |
| 8/1/25 | 3,052.00 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 4,863.80 |
| 8/1/25 | 3,415.90 |
| 8/1/25 | 3,415.90 |
| 8/1/25 | 3,415.90 |

| | |
|---|---|
| 8/1/25 | 3,415.90 |
| 8/1/25 | 2,673.00 |
| 8/1/25 | 2,673.00 |
| 8/1/25 | 6,690.10 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 4,947.20 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 2,638.00 |
| 8/1/25 | 3,663.90 |
| 8/1/25 | 3,663.90 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |

| | |
|---|---|
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 8/1/25 | 3,064.00 |
| 9/1/25 | 440,740.20 |
| 9/1/25 | 38,929.23 |
| 10/1/25 | 1,550.86 |
| 10/1/25 | 5,280.47 |
| 10/1/25 | 483,030.32 |
| 10/1/25 | 401,841.46 |
| 10/1/25 | 64,285.63 |
| 11/1/25 | 6,325.00 |
| 11/1/25 | 1,739.74 |
| 11/1/25 | 269,435.68 |
| 11/1/25 | 205,985.64 |
| 12/1/25 | 3,250.00 |
| 12/1/25 | 3,563.42 |
| 12/1/25 | 169,944.35 |
| 12/1/25 | 74,160.54 |
| 12/1/25 | 32,012.41 |
| 12/1/25 | 70,589.22 |
| 1/1/26 | 3,250.00 |
| 1/1/26 | 5,175.00 |
| 2/1/26 | 3,250.00 |
| 2/1/26 | 5,175.00 |
| 3/1/26 | 70,872.34 |

| | |
|---|---|
| **3/1/26** | **41,817.29** |
| **3/1/26** | **1,950.00** |
| **3/1/26** | **5,175.00** |
| **4/1/26** | **63,696.85** |
| **4/1/26** | **46,882.66** |
| **4/1/26** | **1,950.00** |
| **4/1/26** | **5,175.00** |
| **5/1/26** | **84,372.79** |
| **5/1/26** | **11,382.43** |
| **5/1/26** | **650.00** |
| **5/1/26** | **1,150.00** |
| **5/1/26** | **28,152.20** |
| **6/1/26** | **1,150.00** |
| **6/1/26** | **650.00** |
| **7/1/26** | **1,150.00** |
| **7/1/26** | **650.00** |
| **8/1/26** | **165,513.23** |
| **8/1/26** | **41,852.78** |
| **9/1/26** | **10,000.59** |
| **9/1/26** | **11,449.76** |

with such late payment interest amounting, in sum, to $_____________, amounting to $________________, plus attorney's fees in the amount of $81,521.17, totaling $________________.

Dated: New York, New York

___________, 2026

Hon. Gregory H. Woods
United States District Judge