**IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2026

FIRST-CITIZENS BANK & TRUST COMPANY,

Plaintiff,

v.

MAXIM CRUDE OIL, L.L.C.

Defendant.

Case No. 1:25-cv-01858-GHW

Honorable Gregory H. Woods

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

Upon the affidavits of Randy Kaploe and Alexander Valdes, sworn to the 20th day and 29th day of July, 2026, respectively, and upon the copy of the complaint hereto annexed, it is ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 12C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on October 27, 2026, at 10:00 a.m. thereof, or as soon thereafter as counsel may be heard, why a default judgment should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is further ORDERED that Defendant's opposition, if any, must be filed on ECF no later than September 17, 2026. Any response by Plaintiff must be filed no later than September 28, 2026.

And it is further ORDERED that Plaintiff is ordered to serve a copy of this order on Defendant no later than August 7, 2026.

Dated: New York, New York
August 1, 2026

Hon. Gregory H. Woods
United States District Judge