**IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| First-Citizens Bank & Trust Company, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-01858-GHW |
| Maxim Crude Oil, L.L.C. | ) | Honorable Gregory H. Woods |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE OF**
**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

Pursuant to this Court's Order on August 1, 2026, I hereby certify that on August 4, 2026, a true and correct copy of the Order to Show Cause for Default Judgment (Dkt. 57), regarding Plaintiff First-Citizens Bank & Trust Company's ("FCB" or "Plaintiff") Motion for Default Judgment, was served on Defendant Maxim Crude Oil, L.L.C. ("Maxim" or "Defendant") through the Texas Secretary of State at five of Defendant's known addresses identified below. A true and correct copy of the FedEx shipping and tracking confirmation of such service is attached hereto as **Exhibit A**.

i. Max Jensen
Maxim Crude Oil, LLC
12200 W Interstate 20
Odessa, TX 79763 (**"Odessa"**)

ii. James L. Jensen
Maxim Crude Oil, LLC
1058 FM 3024
George West, TX 78022 (**"George West"**)

iii. James L. Jensen
Maxim Crude Oil, LLC
PO Box 2052
Jackson, WY 83001 (**"Jackson"**)

iv. James L. Jensen, Max Jensen, & Zach Jensen
11177 S Eagle View Dr., Ste. 1
Sandy, UT 84092-4918 ("**Sandy**")

v. Zachary G. Jensen
1701 Ennis Joslin Road
Corpus Christi, TX 78412 ("**Corpus Christi**")

*/s/ Alexander Valdes*
Alexander Valdes

# Exhibit A

FedEx

Tracking ID: 875271162374

Local Scan Time

Delivered

Tuesday, 8/04/2026 at 9:35 am

Signed for by: R.Ratez

View delivery photo

View more details

Obtain proof of delivery

Report missing package

How was your delivery?

**From**

Indianapolis,IN US

**To**

AUSTIN, TX US

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**POLICY CENTER**

Terms of Use
Privacy & Security
Ad Choices
Your Privacy Choices

United States

FedEx

FOLLOW FEDEX

© FedEx 1995-2026

Site Map | Cookie Consent | Cookie Consent