**IN THE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

First-Citizens Bank & Trust Company,

Plaintiff,

v.

Maxim Crude Oil, L.L.C.

Defendant.

Case No. 1:25-cv-01858-GHW

Honorable Gregory H. Woods

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 55.2(a)(3)**

I hereby certify that on August 7, 2026, true and correct copies of the Clerk's Certificate of Default (Dkt. 52), the Motion for Default Judgment (Dkt. 53), the Fourth Affidavit of Randy Kaploe in Support of Default Judgment (Dkt. 54), the Proposed Default Judgment (Dkt. 55), and the Proposed Order to Show Cause (Dkt. 56) were served on Maxim through the Texas Secretary of State at five of Defendant's known addressed identified below. A true and correct copy of the FedEx shipping and tracking confirmation evidencing such service is attached hereto as **Exhibit A**.

i. Max Jensen
Maxim Crude Oil, LLC
12200 W Interstate 20
Odessa, TX 79763 (**"Odessa"**)

ii. James L. Jensen
Maxim Crude Oil, LLC
1058 FM 3024
George West, TX 78022 (**"George West"**)

iii. James L. Jensen
Maxim Crude Oil, LLC
PO Box 2052
Jackson, WY 83001 (**"Jackson"**)

iv. James L. Jensen, Max Jensen, & Zach Jensen

11177 S Eagle View Dr., Ste. 1
Sandy, UT 84092-4918 ("**Sandy**")

v. Zachary G. Jensen
1701 Ennis Joslin Road
Corpus Christi, TX 78412 ("**Corpus Christi**")

*/s/ Alexander Valdes*
Alexander Valdes

# Exhibit A

FedEx

Sign Up or Log In

Tracking ID: 875362596761

Local Scan Time

Delivered

Thursday, 8/06/2026 at 10:15 am

Signed for by: T.Miller

View delivery photo

View more details

Obtain proof of delivery

**From**

Indianapolis,IN US

**To**

AUSTIN, TX US

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
Transportation Contracting Opportunities
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**POLICY CENTER**

Terms of Use
Privacy & Security
Ad Choices
Your Privacy Choices

United States

© FedEx 1995-2026

Site Map | Cookie Consent | Cookie Consent