USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST-CITIZENS BANK & TRUST COMPANY,

Plaintiff,

-v-

MAXIM CRUDE OIL, L.L.C.,

Defendant.

1:25-cv-1858-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 31, 2026, Plaintiff filed its motion for default judgment, which includes a request for attorneys' fees. Dkt. No. 53. The Court must determine whether the requested fee award is reasonable. Therefore, the Court directs Plaintiff to submit an affidavit providing additional support for its requested fees, containing: (1) a description of the educational background and professional experience of each of the lawyers and legal professionals who billed time to this case, and (2) any information that would help the Court evaluate whether the rates charged are consistent with prevailing rates for similar work in this district. Plaintiff must file these supporting materials no later than October 23, 2026.

Plaintiff is directed to serve a copy of this order on the defendant and to retain proof of service.

SO ORDERED.

Dated: October 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge