**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
FIRST-CITIZENS BANK & TRUST COMPANY,

Plaintiff,

25 **CIVIL** 1858 (GHW)

-against-

**DEFAULT JUDGMENT**

MAXIM CRUDE OIL, L.L.C.,

Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 27, 2026, Plaintiff shall have judgment against Defendant in the liquidated amount of $5,493,183.86; plus attorney's fees in the amount of $81,404.68; plus contractual late payment interest at a rate of 1.5% per month that has accrued, with respect to each invoice at issue in this action, with such late payment interest amounting, in sum, to $1,235,689.44. Judgment is entered for Plaintiff against Defendant in the amount of $6,810,277.98; accordingly, the case is closed.

**DATED**: New York, New York
October 29, 2026

**TAMMI M. HELLWIG**
______________________
**Clerk of Court**

K. Mango

**BY:** ______________________
**Deputy Clerk**